# Court of Appeals
# of the State of Georgia

ATLANTA,  August 26, 2022

*The Court of Appeals hereby passes the following order:*

**A23A0095. GENE ALONZO FREEMAN v. THE STATE.**

In June 2019, Gene Alonzo Freeman, Jr. pled guilty to two counts of the sale of cocaine. Freeman subsequently filed a pro se "Motion to Void and/or Set Aside Judgment." The trial court denied on June 13, 2022. Freeman filed a notice of appeal of this ruling on July 18, 2022. We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days after entry of an appealable order or judgment. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721, 721 (482 SE2d 704) (1997). Freeman's notice of appeal is untimely, as it was filed 35 days after entry of the order he seeks to appeal. Accordingly, this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  08/26/2022
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Stephen E. Castlen*                , Clerk.